IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC FLORES, | ) | 4:14CV3076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On May 19, 2014, the court ordered Plaintiff to apprise the court of his current address. (Filing No. 6.) In its Memorandum and Order, the court cautioned Plaintiff that failure to update his address by June 9, 2014, would result in dismissal of this matter without further notice. (*Id.*) Plaintiff has not responded to this court's Memorandum and Order and has not updated his address with the court.

IT IS THEREFORE ORDERED that:

1. This action is dismissed without prejudice, and a separate judgment will be entered in accordance with this Memorandum and Order.

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is denied as moot.

DATED this 18th day of June, 2014.

          BY THE COURT:

          *s/ John M. Gerrard*
          United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.